| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| Vs. | Case No. 99-6176-CR-FERGUSON |
| SIOBHAN BROWNE<br>Defendant.<br>_____/ | |



## JUDGMENT AND COMMITMENT UPON VIOLATION OF SUPERVISED RELEASE

On the 18th of August 2000, the defendant, Siobhan Browne, was sentenced to a period of Two (2) years supervised release by the United States District Court for the Southern District of Florida. The Defendant was charged by the petition of the United States Probation Officer with violations of the conditions of supervised release.

On November 2, 2001, the defendant, Siobhan Browne, appeared before the Court and was found to be in violation of her supervised release conditions, particularly, that she failed to make payments toward satisfying a fine on terms as agreed to based on an ability to pay.

The Court finds that the releasee did not violate the conditions of supervised release by associating with convicted felons. An association is a gathering of people for a common purpose Blacks Law Dictionary., P 119 (7th ed. 1999). Here the evidence showed only that (1) the releasee met Yodeline Dessaints while both were in prison and that Dessaints agreed to and did rent her home to Browne, (2) Dessaints has at all times been incarcerated, (3) the felon Lisa Workman was the landlord's representative when the releasee moved into Dessaints' home. The evidence showed further that the releasee did not socialize or associate with Workman and that they had a strong dislike for each other. In the plain meaning of the word a mere contact with a felon, without more, does not amount to an association. It is therefore,

**ORDERED AND ADJUDGED** that the defendant's supervised release is **_MODIFIED_**. The defendant is committed to a halfway house for a period of four (4) months. All other conditions of the defendant's supervised release remain in effect.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___16TH___ day of November 2001.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Stephanie Pell, AUSA, Daryl Wilcox, AFPD, Anthony Gagliardi, USPO, U.S. Marshal