`PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 60513

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 99CR06176-003

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: **BROWNE, Siobhan M.**

Name of Sentencing Judicial Officer:   The Honorable Wilkie D. Ferguson, Jr. Judge  
United States District Court, Fort Lauderdale, FL

Date of Original Sentence: August 14, 2001

Original Offense:   Conspiracy to Make False Statements and Representation to a Licensed Firearm Dealer, in violation of Title 18, U.S.C. § 371, a Class "D" Felony.

Original Sentence:   Twenty Months imprisonment, followed by three years supervised release. Special Conditions: Defendant shall not incur any further debt without the permission of the probation officer; and the defendant shall submit to search of her person and/or property conducted in a reasonable manner and at a reasonable time by the probation officer. Sentence modified on November 16, 2001 to the following: the defendant is committed to a halfway house for a period of (4) four months as the result of the Violation of Supervised Release.

Type of Supervision: Supervised Release            Date Supervision Commenced: January 5, 2001

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

"The defendant shall perform 50 hours of community service over the period of supervision at the direction of the U.S. Probation Officer."

## CAUSE

The Probation Officer believes the offender has violated the following conditions of supervision:

Violation Number             Nature of Non Compliance

1.                           **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about January 1, 2003 the supervised releasee was arrested by the West Palm Beach Sheriff's subject Office and charged with DUI, contrary to Florida statute 316.193.



PROB 12B                                                                                                SD/FL PACTS No. 60513
(SD/FL 9/96)

      Although Ms. Browne has shown some improvement and stability since being released from the halfway house portion of her sentence, she sustained the above arrest early New Years day. Ms. Browne had immediately brought the above matter to this officer's attention and the explanation of the event mirrored the account of the arrest report. In conference with Ms. Browne's previous USPO, Treatment Specialist Heath Schur, this officer concludes the subject had a serious lack of judgement which appears to be an isolated event. Ms. Brown has expressed an interest in continuing with counseling as previously ordered, at her own expense. With this she can address issues which may have a bearing on her inappropriate behavior. The status of the arrest as of this writing indicates the case has yet to be filed, thus Ms. Browne has not been arraigned. In speaking with Ms. Browne's attorney Donna Levine, this officer anticipates there will be no quick resolution to the case. Ms. Browne has expressed remorse over the incident and has indicated she is amenable to any sanctions the Court is willing to impose.

      This officer believes if the charge results in a conviction, the State sanction imposed would be a sufficient one, addressing the arrest in all it's components. Rather than belabor the incident, this officer would recommend a community service sanction of 50 hours, be completed prior to her terminating supervision on January 4, 2004.

      Ms. Browne has agreed to this modification, and hopes the court is amenable to these suggestions to address her non-compliance. If the Court is in agreement, and Ms. Browne successfully completes the community service, this officer will not request any further direction from the Court. However, if Ms. Browne fails to complete the hours prior to her termination, this officer will recommend more stringent sanctions to Your Honor.

Respectfully submitted,

by /s/ Randel Frimet
Randel Frimet
U.S. Probation Officer
Phone: 561-999-4817
Date: February 7, 2003

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

03/10/03

Date